1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_____
                                                        )
DAVID O'BEIRN,                              )          No. C11-0345RSL
                                                        )
                              Plaintiff,     )
                                                        )
            v.                                 )          ORDER DENYING MOTION FOR
                                                        )          RECONSIDERATION
U.S. DEPARTMENT OF VETERAN      )
AFFAIRS,                                       )
                                                        )
                              Defendant.   )
_____)

        This matter comes before the Court on plaintiff's "Motion for Reconsideration to

Vacate Judgment Per Rule 59e." Dkt. # 33. Such motions are disfavored in this district and will

be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal

authority which could not have been brought to [the Court's] attention earlier with reasonable

diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden, and his motion is

therefore DENIED. In addition, the Court barred plaintiff from filing any additional motions in

this cause number: his only avenue for further relief is through appeal to the Ninth Circuit.

        Dated this 11th day of May, 2012.

                                            _Mark S Lasnik_

                                            Robert S. Lasnik
                                            United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION