UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID O'BEIRN,

    Plaintiff,

v.

U.S. DEPARTMENT OF VETERAN AFFAIRS,

    Defendant.

No. C11-0345RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on plaintiff's "Motion for Reconsideration to Vacate Judgment Per Rule 59e." Dkt. # 33. Such motions are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden, and his motion is therefore DENIED. In addition, the Court barred plaintiff from filing any additional motions in this cause number: his only avenue for further relief is through appeal to the Ninth Circuit.

Dated this 11th day of May, 2012.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION